# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY NALLS, | : | Case No. 3:22-cv-00243 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| MONTGOMERY COUNTY | : | |
| PROSECUTOR'S OFFICE, *et al.*, | : | |
| | : | |
| Defendants. | | |

## NOTICE TO PRO SE PLAINTIFF OF MOTIONS TO DISMISS

You are hereby notified that Defendant Montgomery County Prosecutor's Office, Defendant E. Gerald Parker, Jr., and Defendants John Hayes Rion and Jon Paul Rion filed Motions to Dismiss on September 16, 2022. (Doc. Nos. 11, 12, 13). You should receive copies of the Motions directly from Defendants. Your responses must be filed with the Court not later than October 11, 2022.

Defendant Charles L. Grove filed a Motion to Dismiss on September 19, 2022. (Doc. No. 15). You should also receive a copy of this Motion directly from Defendant. Your response must be filed with the Court not later than October 13, 2022.

If you fail to file timely responses, Defendants' Motions to Dismiss may be granted and your case dismissed.

September 20, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge