# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| LARRY NALLS, | : | Case No. 3:22-cv-00243 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| MONTGOMERY COUNTY PROSECUTOR'S OFFICE, *et al*., | : | |
| | : | |
| Defendants. | | |

## NOTICE TO PRO SE PLAINTIFF OF MOTION TO DISMISS

You are hereby notified that Defendant Lucas W. Wilder filed a Motion to Dismiss on September 28, 2022. (Doc. No. 25). You should receive a copy of the Motion directly from Defendant. Your response must be filed with the Court not later than October 24, 2022.

If you fail to file a timely response, Defendant's Motion to Dismiss may be granted and your case dismissed.

October 4, 2022

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge