UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **LARRY NALLS,** | : | |
| | : | |
| Plaintiff, | : | Case No. 3:22-cv-243 |
| | : | |
| v. | : | |
| | : | Judge Thomas M. Rose |
| **MONTGOMERY COUNTY PROSECUTOR'S OFFICE**, *et al.,* | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| | : | |
| Defendants. | | |

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS**

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Caroline H. Gentry (Doc. No. 41) to whom this case was referred and, noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ACCEPTS** the findings and recommendation made by the Magistrate Judge and said Report and Recommendation.  The Clerk is directed to enter judgment dismissing this action with prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, February 16, 2023.

s/Thomas M. Rose

_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
